# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-007-RJC-DCK

| | |
|---|---|
| SHARON THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| INREACH, | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of "Defendant Inreach's Motion For Partial Dismissal Of Plaintiff's Amended Complaint" (Document No. 11).

In accordance with Roseboro v. Garrison 582 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that she has a right to respond to Defendant's motion. The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief it seeks, that is, the dismissal of the Complaint.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a response to "Defendant Inreach's Motion For Partial Dismissal Of Plaintiff's Amended Complaint" (Document No. 11), on or before **April 8, 2013**. Failure to file a timely and persuasive response will likely lead to the dismissal of this lawsuit.

Signed: March 22, 2013

David C. Keesler
United States Magistrate Judge