IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-007-RJC-DCK

| | |
|---|---|
| SHARON THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| INREACH, JEANNE PRITT, Individually and in her official capacity as Associate Director for INREACH, LORI A. GOUGEON, Individually and in her official capacity as Executive Director of INREACH, LESLIE PEPPER, Individually and in her official capacity as Human Resource Generalist for INREACH, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Stephen J. Dunn, filed a "Certification Of ADR Session" (Document No. 28) notifying the Court that the parties reached a settlement on April 8, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **May 10, 2014**.

**SO ORDERED**.

Signed: April 10, 2014

David C. Keesler
United States Magistrate Judge